In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-24-00427-CR
_____

**DAVID HAROLD SEHON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 163rd District Court
Orange County, Texas
Trial Cause No. B170050-R

**MEMORANDUM OPINION**

On February 28, 2018, the trial court sentenced David Harold Sehon on an indictment for theft in Trial Cause Number B170050-R. On December 16, 2024, acting pro se, Sehon filed a notice of appeal.[1] The District Clerk then sent Sehon's notice of appeal and the trial court's certification to the Ninth Court of Appeals. The

_____

[1] We note that it appears Sehon filed his notice of appeal too late to perfect an appeal. *See* Tex. R. App. P. 26.2, 26.3.

1

trial court's certification states that the case "is a plea-bargain case, and the defendant has NO right of appeal."

On January 15, 2025, we notified the parties that we would dismiss the appeal unless the appellant established that the trial court's certification was incorrect. None of the parties responded to the Court's notice. Because the record lacks a certification that shows Sehon has the right of appeal, we dismiss the appeal.[2] *See* Tex. R. App. P. 25.2(d), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 18, 2025
Opinion Delivered February 19, 2025
Do Not Publish

Before Golemon, C.J., Wright and Chambers, JJ.

---

[2]We note that Sehon perfected an appeal, which the appellate clerk docketed as Appeal Number 09-24-00366-CR, from the judgment in Trial Cause Number 24-0070-R. The trial court certified that Sehon has a right of appeal in that case.